UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANSEN BEVERAGE COMPANY, a Delaware corporation d/b/a MONSTER BEVERAGE COMPANY,

    Plaintiff,

    v.

NATIONAL BEVERAGE CORP., a Delaware corporation, et al.,

    Defendants.
_____/

No. C 07-80098 MISC PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of defendants' Motion to Compel Non-Party McLean Design, Inc.'s Compliance with Defendants' Subpoena Duces Tecum, and defendants' corresponding Motion for Order Shortening Time for Hearing on Defendants' Motion to Compel the Deposition Duces Tecum.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    IT IS SO ORDERED.

Dated: April 10, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J, counsel of record